BROOKLYN STRUCTURAL STEEL CORPORATION, Appellant,
*v.* LEVY DAIRY COMPANY et al., Respondents, Impleaded
with Others.

*Brooklyn Structural Steel Corpn.* v. *Levy Dairy Co.*, 177 App. Div.
885, affirmed.

(Argued April 16, 1919; decided May 2, 1919.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered March 13, 1917, affirming a judgment in favor
of defendants entered upon a decision of the court on
trial at Special Term in an action to foreclose a mechanic's
lien. On the 13th of November, 1913, the defendant
Levy Dairy Company entered into an agreement with
the defendant Rutan & Cooper, Inc., whereby that
defendant agreed to provide the work and materials
necessary and proper towards the erection of a certain
building on or before April 15, 1914. By its terms
time was declared to be of the essence of the con-
tract and the sum of $50 per day fixed as liquidated
damages in case of delay in completion. The building
was not finished until five months after the time stipu-
lated in the contract and thereafter it was agreed between
the contractor and the dairy company that the latter
should retain $4,500 of the contract price as its damages
for delay. The plaintiff, a subcontractor, takes the
position that such retention was not the equivalent of a
payment and that, therefore, this amount is still due
in the hands of the Levy Dairy Company and subject
to its lien.

*George H. Taylor, Jr.*, for appellant.

*Moses Feltenstein* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK,
HOGAN, MCLAUGHLIN and CRANE, JJ.